# Court of Appeals
# of the State of Georgia

ATLANTA,   April 07, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0273.  JO C. BROWN v. CD & L, et al.

Jo C. Brown seeks discretionary review of the superior court's January 17, 2014, order affirming the dismissal of her appeal to the Appellate Division of the State Board of Workers' Compensation.  We lack jurisdiction because Brown's application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Brown's application was accepted for filing on March 7, 2014,[1] which was 49 days after entry of the order she seeks to appeal.  Therefore, her application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Brown attempted to file her application earlier, but this Court could not accept it for filing because it violated Court of Appeals Rules 1 (a) and 6 and did not include the requisite filing fee, in violation of Court of Appeals Rule 31 (d).  See OCGA § 5-6-4 ("The clerk is prohibited from receiving the application for appeal or the brief of the appellant unless the costs have been paid or a sufficient affidavit of indigence is filed and contained in the record.")



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 04/07/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*